Tommy Lee STEVENS, Plaintiff–
Appellant,

v.

UNKNOWN NAME CLERK OF U.S.
Congressman Walter Jones Greenville,
NC District Office, Defendant–Appel-
lee.

No. 11–2417.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Tommy Lee Stevens, Appellant Pro Se.

Before GREGORY, AGEE, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tommy Lee Stevens appeals the district
court's order denying relief on his motion
to reopen and affirming its earlier order
accepting the magistrate judge's recom-
mendation and dismissing his mandamus
petition under 28 U.S.C. § 1915(e)(2)(B)
(2006). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Stevens v. Unknown Name
Clerk*, No. 5:11–cv–00519–FL (E.D.N.C.
Dec. 15, 2011). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*